1

2

3                 UNITED STATES DISTRICT COURT

4                 NORTHERN DISTRICT OF CALIFORNIA

5

6

7 MITCHELL CLYDE FARRELL,

8              Petitioner,             No. C 09-6000 PJH (PR)

9      v.                         **ORDER OF TRANSFER**

10 R. E. BARNES, Warden - CCC,

11             Respondent.

12 _____/

13       This is a habeas case filed pro se by a state prisoner. He seeks review of a denial

14 of parole by the Board of Parole Hearings. He was convicted in the Superior Court of Del

15 Norte County, which is in this district, and is housed at the California Correctional Center in

16 Susanville, which is in the Eastern District.

17       Venue is proper in a habeas action in either the district of confinement or the district

18 of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable

19 forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*,

20 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge goes to the execution of

21 his sentence, this petition is transferred to the United States District Court for the Eastern

22 District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

23       **IT IS SO ORDERED.**

24 Dated: February 10, 2010.                        _____

25                              PHYLLIS J. HAMILTON
                              United States District Judge

26

27

28 P:\PRO-SE\PJH\HC.09\FARRELL6000.TRN.wpd